■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED BROWN, Appellant. [22 NYS3d 885]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 20, 1991 (*People v Brown*, 173 AD2d 629 [1991]), affirming a judgment of the Supreme Court, Queens County, rendered April 12, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Balkin, J.P., Dickerson, Miller and Hinds-Radix, JJ., concur.